**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-mj-8206-BER**

**UNITED STATES OF AMERICA**

**v.**

**GAMALIEL ELISEO MENDEZ CARBAJAL,**

_____  **Defendant.**  _____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

4. 4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _Daniel Reiter_
_____

DANIEL REITER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.     085312
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:     (561) 820-8711
Fax:     (561) 820-8777
Email:  daniel.reiter@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| GAMALIEL ELISEO MENDEZ CARBAJAL, | ) | Case No.    26-mj-8206-BER |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 13, 2026 _____ in the county of _____ Palm Beach _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(1) | Previously Removed Alien Found in the United States |

FILED BY_____TM_____D.C.

**Mar 18, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Richard Soto valentin*
Complainant's signature

Richard Soto Valentin, U.S. Border Patrol Agent
Printed name and title

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Digitally signed by Bruce E. Reinhart
Date: 2026.03.18 17:06:57 -04'00'

Date: _____

Judge's signature

Bruce E. Reinhart, U.S. Magistrate Judge

City and state: _____ West Palm Beach, FL _____

Printed name and title

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Richard Soto Valentin, being duly sworn, depose and state as follows:

1.      I am a Border Patrol Agent ("BPA") for the U.S. Department of Homeland Security, United States Border Patrol, and served in this position for nineteen (19) years. I am assigned to the West Palm Beach Border Patrol Station in Riviera Beach, Florida. From January 2019 to June 2022, I was assigned as a Prosecution Agent to the West Palm Beach Station. From February 2015 to March 2017, I was detailed to the Drug Enforcement Administration ("DEA") Resident Office in Port St Lucie, Florida.  During my tenure at the DEA, I handled criminal investigations pertaining to narcotics and alien smuggling, as well as money laundering.  From March 2012 to June 2014, I was detailed to Homeland Security Investigations ("HSI") in Arecibo, Puerto Rico. During my tenure at HSI, I handled criminal investigations pertaining to narcotics and alien smuggling, as well as money laundering and illegal weapons violations.  Prior to becoming a Federal Agent, I was a state Criminal Investigator in the Puerto Rico Police Department for a period of eleven (11) years.  I was assigned to the Narcotic Division as a Criminal Investigator.  I have attended the United States Border Patrol Agent Academy, at the Federal Law Enforcement Training Center, in Artesia, New Mexico.  I have received specialized training regarding the investigation and enforcement of United States Immigration Laws.  In the capacity of a Border Patrol Agent, I am charged with enforcing federal administrative and criminal laws under Titles 8, 18, 19, and 21 of the United States Code.  As a federal law enforcement agent, I have the authority to conduct investigations, make arrests, execute search warrants, and take sworn statements.

2. This affidavit is based upon my own knowledge as well as information provided that other law enforcement officers provided to me. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that, Gamaliel Eliseo MENDEZ-CARBAJAL, also known as Carlos Francisco Gabriel-Jimenez, committed the offense of being a previously removed alien found in the United States, in violation of 8 U.S.C 1326 (a) and (b) (1).

3. On March 13, 2026, at approximately 1600 hours, Border Patrol Agents (BPAs) Kimberly Christoff and Brian Kennedy received a request for assistance from Riviera Police Department (RBPD) regarding a subject encountered during the execution of a search warrant in Riviera Beach, Florida for an illegal gambling operation. During the execution of the search warrant RBPD Officers detained a subject later identified as Gamaliel Eliseo MENDEZ-CARBAJAL, who worked at the location but was not the target of the investigation. MENDEZ-CARBAJAL presented a Guatemalan Consular ID Card in the name of Gamaliel Eliseo MENDEZ-CARBAJAL to the RBPD Officers as identification, and RBPD requested assistance from the U.S. Border Patrol.

4. The BPAs arrived at the location, identified themselves as U.S. Border Patrol Agents and questioned MENDEZ-CARBAJAL regarding his citizenship and legal right to be or remain in the United States. MENDEZ-CARBAJAL voluntarily stated that he is a citizen of Guatemala and did not possess any legal documentation authorizing him to reside or work in the United States. Agents arrested MENDEZ-CARBAJAL and transported him to the West Palm Beach Border Patrol Station for further investigation and processing.

2

5. At the station, agents entered MENDEZ-CARBAJAL's fingerprints into the e3/ New Generation Identification system, which queries the Department of Homeland Security (DHS) database, as well as the Federal Bureau of Investigation (FBI) database.

6. The fingerprint query returned a positive match, revealing MENDEZ-CARBAJAL had a prior immigration history under the alias Carlos Francisco Gabriel-Jimenez, with alien registration file A******203, and FBI****** MD8. The immigration electronic records and alien file assigned to MENDEZ-CARBAJAL reflect that he previously stated he was a citizen of Mexico.

7. Because the fingerprint and immigration checks revealed a name different from the one on the Guatemalan Consular ID MENDEZ-CARBAJAL presented to RBPD Officers and BPAs, Agent Christoff, the agent responsible for MENDEZ-CARBAJAL's administrative processing, sought to inquire about the discrepancy. Before questioning, agents advised MENDEZ-CARBAJAL of his Miranda Rights in Spanish. Agents also advised MENDEZ-CARBAJAL of his administrative rights to have an Attorney present before providing a sworn statement via Form I-215. MENDEZ-CARBAJAL provided a sworn statement regarding his illegal entry into the United States.

8. MENDEZ-CARBAJAL admitted to providing a false name, date of birth and country of birth on each of the three prior occasions that Immigration Officers arrested him. He stated that he used the name Carlos Francisco Gabriel-Jimenez, with a date of birth XXXX1992, and claimed Mexico as his country of birth.

**Prior History using the alias Carlos Francisco Gabriel-Jimenez**

9.   On September 05, 2011, a Border Patrol Agent from Casa Grande Arizona encountered and arrested MENDEZ-CARBAJAL, under the alias Carlos Francisco Gabriel-Jimenez, for being illegally present in the United States. Agents processed MENDEZ-CARBAJAL for expedited removal. One day later, agents removed him from Tucson Arizona to Mexico, the county he claimed as his native country.

10. On October 05, 2011, a Border Patrol Agent from Ajo Arizona encountered and arrested him again for being illegally present in the United States. Using his alias Carlos Francisco Gabriel-Jimenez, Agents processed him under administrative reinstatement of deport order. One day later, he was removed from Nogales, Arizona to Mexico.

11. On October 11, 2011, a Border Patrol Agent from Cas Grande Arizona encountered and arrested MENDEZ-CARBAJAL again for being illegally present in the United States. Agents processed him as administrative reinstatement of deport order. The same day, the Border Patrol Prosecution Unit in Casa Grande charged him, using his alias, Carlos Francisco Gabriel-Jimenez, for Illegal Entry to the United States in violation of 8 U.S.C. section 1325. Three days later, the court sentenced him to sixty (60) days' imprisonment. Agents removed him on December 10, 2011 from Nogales Arizona to his native country, Mexico.

12. A record check through the Department of Homeland Security (DHS) CLAIMS database revealed no evidence that MENDEZ-CARBAJAL applied for or received permission from the appropriate government officials to lawfully reenter the United States.

13.   Based on the foregoing, I submit that probable cause to believe exists that, on or about March 13, 2026, MENDEZ-CARBAJAL, an alien who has previously been

4

deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1) .

_Richard Soto valentin_
_____
Richard Soto Valentin
Border Patrol Agent
United States Border Patrol

Subscribed and sworn to before me by videoconference, in accordance with the requirements of Fed. R. Crim. P. 4.1 on this _____ day of March 2026.

Digitally signed by
Bruce E. Reinhart
Date: 2026.03.18
17:07:14 -04'00'
_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   GAMALIEL ELISEO MENDEZ CARBAJAL

**Case No**:   26-mj-8206-BER

Previously Removed Alien Found in the United States, 8 U.S.C. §§ 1326(a) and (b)(1)

* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000
* **Special Assessment: $100 upon Conviction**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**